# Court of Appeals
# of the State of Georgia

ATLANTA, _____June 19, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15I0223.  RAY D. SUMMEROUR v. CITY OF MARIETTA, GEORGIA**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it is hereby GRANTED.  Additionally, Appellant's Motion for Emergency Supersedeas is hereby GRANTED.  The Appellant may file a Notice of Appeal within 10 days of the date of this order.  The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,_____06/19/2015_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*